No. 29, Orig. TEXAS ET AL. *v.* COLORADO. Request of Texas and New Mexico for leave to reply to counterclaim and to otherwise plead granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this request. *Crawford C. Martin,* Attorney General, for the State of Texas, and *Boston E. Witt,* Attorney General, for the State of New Mexico, plaintiffs. [For earlier orders herein, see, *e. g.,* 389 U. S. 1000.]

No. ——. MARINO ET AL. *v.* GREASON. Ct. App. N. Y. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Julio John Marino* and *Alfred L. Plesser,* applicants, *pro se. Harold M. Spritzer* for respondent in opposition.